**PRIORITY SEND**
JS-6

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

| | | |
|---|---|---|
| Case No. | **CV 11-9414-JFW (MANx)** | Date:  December 20, 2011 |
| Title: | Loretta Khachatryan *-v-* World Financial Network Bank | |

**PRESENT:**
    **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| **Shannon Reilly** | **None Present** |
| **Courtroom Deputy** | **Court Reporter** |

| | |
|---|---|
| **ATTORNEYS PRESENT FOR PLAINTIFFS:** | **ATTORNEYS PRESENT FOR DEFENDANTS:** |
| None | None |

**PROCEEDINGS (IN CHAMBERS):**   **DISCHARGE OF ORDER TO SHOW CAUSE RE: SANCTIONS FOR FAILURE TO FILE REQUIRED DOCUMENTS;**

    **ORDER REMANDING ACTION TO LOS ANGELES SUPERIOR COURT (SMALL CLAIMS)**

    On December 19, 2011, Defendant's counsel filed a response to the Order to Show Cause issued on December 16, 2011, and voluntarily consented to the remand of this action to Los Angeles Superior Court (Small Claims).  Accordingly, the Court orders the Order to Show Cause discharged and **REMANDS** this action to Los Angeles Superior Court (Small Claims).

    IT IS SO ORDERED.